**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-1964**

EUSTACE NATHANIEL HALL,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

On Petition for Review of an Order of the Immigration and Naturalization Service. (A43-723-353)

Submitted:  March 21, 1996          Decided:  March 29, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Eustace Nathaniel Hall, Petitioner Pro Se.  William Joseph Howard, Karen Anne Herrling, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eustace Hall petitions for review of an order of the Board of Immigration Appeals dismissing his appeal and ordering his deportation. Since filing the petition, Hall has left the country under a legally executed order of deportation. The respondent, the Immigration and Naturalization Service, has filed a motion to dismiss the petition for lack of jurisdiction. Because this court lacks jurisdiction to review an order of deportation once an alien has been legally deported, we grant the motion to dismiss. 8 U.S.C. § 1105a(c) (1988); Joehar v. INS, 957 F.2d 887, 889-90 (D.C. Cir. 1992).

DISMISSED

2